# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY WILLIAMS,<br><br>          Petitioner,<br><br>v.<br><br>TONY HEDGPETH, Warden,<br><br>          Respondent. | Case No. CV 08-1047-VBF (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: November 10, 2009

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE